## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**BRIAN JOSEPH GUILLOTTE**                                    **CIVIL ACTION**

**VERSUS**                                                              **NO. 21-2016**

**STATE OF LOUISIANA, ET AL.**                            **SECTION "L" (2)**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** plaintiff Brian Joseph Guillotte's 42 U.S.C. § 1983 claims against defendant Sheriff Craig Webre are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A as malicious.

**IT IS FURTHER ORDERED** that plaintiff Guillotte's § 1983 claims against defendants the State of Louisiana, FEMA, and Director Deanne Bennett Criswell are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A as frivolous, for failure to state a claim for which relief can be granted, and as to the State of Louisiana and Director Criswell in her official capacity, because his claims are asserted against immune defendants.

New Orleans, Louisiana, this ___31st___ day of _____January_____, 2022.

_____
UNITED STATES DISTRICT JUDGE